| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Holly King** | Social Security number or ITIN | **xxx–xx–1574** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  13 | 10/12/18 |
| Case number: | 18–24016–CMB | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                     12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Holly King | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1517 Broadway Ave.<br>Mc Kees Rocks, PA 15136 | |
| 4. | **Debtor's attorney**<br>Name and address | Julie Frazee Steidl<br>707 Grant Street Suite 2830<br>Gulf Building.<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email: julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 12/7/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 28, 2019 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/29/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/21/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/10/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**1/28/19** at **09:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                             Case No. 18-24016-CMB
Holly King                                                         Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: lfin              Page 1 of 2             Date Rcvd: Dec 07, 2018
                              Form ID: 309I           Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
db             +Holly King,    1517 Broadway Ave.,    Mc Kees Rocks, PA 15136-1703
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Keri P. Ebeck,    Bernstein-Burkley,   707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1945
aty            +Kevin Scott Frankel,    Shapiro & DeNardo, LLC,    3600 Horizon Drive,   Suite 150,
                 King of Prussia, PA 19406-4702
aty            +S. James Wallace,    845 N. Lincoln Avenue,   Pittsburgh, PA 15233-1828
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,   Pittsburgh, PA 15219-2702
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14930295       +AES/Chase Bank,    PO Box 61047,   Harrisburg, PA 17106-1047
14930296       +AES/PNC National City,    PO Box 61047,   Harrisburg, PA 17106-1047
14930299       +CBNA,   PO Box 6497,    Sioux Falls, SD 57117-6497
14960921       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14930303       +Chase Motgage,    PO Box 24696,   Columbus, OH 43224-0696
14930304       +Citi,   PO Box 6190,    Sioux Falls, SD 57117-6190
14930306       +Comenity Bank/My Points Reward,    PO Box 182120,    Columbus, OH 43218-2120
14930308       +FNB Omaha,    PO Box 3412,   Omaha, NE 68103-0412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: julie.steidl@steidl-steinberg.com Dec 08 2018 02:48:23      Julie Frazee Steidl,
                 707 Grant Street Suite 2830,    Gulf Building.,   Pittsburgh, PA  15219
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 08 2018 02:48:54      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Dec 08 2018 02:49:05
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +E-mail/Text: kburkley@bernsteinlaw.com Dec 08 2018 02:49:39      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +EDI: CHASE.COM Dec 08 2018 07:43:00      JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,
                 7255 Baymeadows Way,   Jacksonville, FL 32256-6851
14930297       +EDI: GMACFS.COM Dec 08 2018 07:38:00      Ally Financial,   200 Renaissance Center,
                 Detroit, MI 48243-1300
14930298       +EDI: TSYS2.COM Dec 08 2018 07:38:00      Barclays Bank Delaware,   PO Box 8803,
                 Wilmington, DE 19899-8803
14930301       +EDI: CHASE.COM Dec 08 2018 07:43:00      Chase,   PO Box 15298,   Wilmington, DE 19850-5298
14930305       +EDI: WFNNB.COM Dec 08 2018 07:43:00      Comenity Bank/Coldwater,   PO Box 182789,
                 Columbus, OH 43218-2789
14930307        EDI: DISCOVER.COM Dec 08 2018 07:38:00      Discover Financial Services LLC,   P.O. Box 15316,
                 Wilmington, DE 19850-5316
14933230        EDI: DISCOVER.COM Dec 08 2018 07:38:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
14930309       +EDI: CBSKOHLS.COM Dec 08 2018 07:38:00      Kohls/Capone,   N56 W 17000 Ridgewood Drive,
                 Menomonee Falls, WI 53051-7096
14930310       +EDI: TSYS2.COM Dec 08 2018 07:38:00      Macys,   PO Box 8218,   Mason, OH 45040-8218
14960686        EDI: PRA.COM Dec 08 2018 07:38:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
14930638       +EDI: PRA.COM Dec 08 2018 07:38:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14930311        EDI: RMSC.COM Dec 08 2018 07:43:00      SYNCB/Amazon,   PO Box 965015,   Orlando, FL 32896-5015
14930312       +EDI: RMSC.COM Dec 08 2018 07:43:00      SYNCB/JCPenney,   PO Box 965007,
                 Orlando, FL 32896-5007
14930313       +EDI: RMSC.COM Dec 08 2018 07:43:00      SYNCB/Lowes,   PO Box 965005,   Orlando, FL 32896-5005
14930314       +EDI: RMSC.COM Dec 08 2018 07:43:00      SYNCB/TJ Max,   PO Box 965015,   Orlando, FL 32896-5015
14930315       +EDI: RMSC.COM Dec 08 2018 07:43:00      SYNCB/Toys R Us,   PO Box 965005,
                 Orlando, FL 32896-5005
14930316       +EDI: WTRRNBANK.COM Dec 08 2018 07:43:00      TD Bank USA/Target,   PO Box 673,
                 Minneapolis, MN 55440-0673
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Midland Mortgage as servicer for MIDFIRST BANK
14930300        Chase
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14930302*      +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
                                                                                TOTALS: 2, * 2, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0315-2          User: lfin              Page 2 of 2              Date Rcvd: Dec 07, 2018
                              Form ID: 309I           Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2018 at the address(es) listed below:
```
              James    Warmbrodt    on behalf of Creditor    Midland Mortgage as servicer for MIDFIRST BANK
               bkgroup@kmllawgroup.com
              Julie Frazee Steidl    on behalf of Debtor Holly  King julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7
```