# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | HOLLY KING |
| **Case Number:** | 18-24016-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 02, 2019 10:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
5/6/19 3:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#27 - Final Confirmation of Plan Dated 11/28/2018 (NFC)
R / M #:  27 / 0

*Appearances:*

Debtor: K Steidl
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 7-25-19 at 10:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

Continued for amended schedule I (Debtor has a new job)