Form 150

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankruptcy Case No.: 18–24016–CMB

Chapter: 13
Docket No.: 43 – 42
Conciliation Conference Date: 7/25/19 at 10:00 AM

**Holly King**
Debtor(s)

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __1st__ day of __July__, __2019__, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

First Class US Mail

on the respondent(s) at (list names and addresses here):

See attached mailing matrix.

Executed on __July 1, 2019__          __/s/ Julie Frazee Steidl__
         (Date)                              (Signature)

Julie Frazee Steidl, Esq., Steidl & Steinberg, PC, 707 Grant Street, Suite 2830, Pittsburgh, PA 15219
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 18-24016-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Jul  1 09:29:13 EDT 2019 | AES/Chase Bank<br>PO Box 61047<br>Harrisburg, PA 17106-1047 | AES/PNC National City<br>PO Box 61047<br>Harrisburg, PA 17106-1047 |
| Absolute Resolutions Investments, LLC<br>c/o Absolute Resolutions Corporation<br>8000 Norman Center Drive, Suite 350<br>Bloomington, MN 55437-1118 | Ally Financial<br>200 Renaissance Center<br>Detroit, MI 48243-1300 | Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Barclays Bank Delaware<br>PO Box 8803<br>Wilmington, DE 19899-8803 | CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chase Bank USA, N.A.<br>c/o  Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Chase Motgage<br>PO Box 24696<br>Columbus, OH 43224-0696 |
| Citi<br>PO Box 6190<br>Sioux Falls, SD 57117-6190 | Citibank, N.A.<br>Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Comenity Bank/Coldwater<br>PO Box 182789<br>Columbus, OH 43218-2789 |
| Comenity Bank/My Points Reward<br>PO Box 182120<br>Columbus, OH 43218-2120 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Keri P. Ebeck<br>Bernstein-Burkley<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| FNB Omaha<br>PO Box 3412<br>Omaha, NE 68103-0412 | Kevin Scott Frankel<br>Shapiro & DeNardo, LLC<br>3600 Horizon Drive<br>Suite 150<br>King of Prussia, PA 19406-4702 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>7255 Baymeadows Way<br>Jacksonville, FL 32256-6851 |
| Holly King<br>1517 Broadway Ave.<br>Mc Kees Rocks, PA 15136-1703 | Kohls/Capone<br>N56 W 17000 Ridgewood Drive<br>Menomonee Falls, WI 53051-7096 | Macys<br>PO Box 8218<br>Mason, OH 45040-8218 |
| MidFirst Bank<br>999 NorthWest Grand Boulevard<br>Oklahoma City, OK 73118-6051 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

| | | |
|---|---|---|
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | SYNCB/Amazon<br>PO Box 965015<br>Orlando, FL 32896-5015 | SYNCB/JCPenney<br>PO Box 965007<br>Orlando, FL 32896-5007 |
| SYNCB/Lowes<br>PO Box 965005<br>Orlando, FL 32896-5005 | SYNCB/TJ Max<br>PO Box 965015<br>Orlando, FL 32896-5015 | SYNCB/Toys R Us<br>PO Box 965005<br>Orlando, FL 32896-5005 |
| SYNCHRONY BANK<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121-3132 | Julie Frazee Steidl<br>707 Grant Street Suite 2830<br>Gulf Building.<br>Pittsburgh, PA 15219-1932 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| TD Bank USA/Target<br>PO Box 673<br>Minneapolis, MN 55440-0673 | U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 |
| James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Discover Financial Services LLC<br>P.O. Box 15316<br>Wilmington, DE 19850-5316 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Chase | (u)Midland Mortgage as servicer for MIDFIRST | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

End of Label Matrix
Mailable recipients    46
Bypassed recipients     3
Total                  49