IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | Case No. 18-24016 |
| Holly King, | ) | Chapter 13 |
|     *Debtor* | ) | Related to Docket No. 29, 44 & 45 |
| | ) | |
| Holly King, | ) | |
|     *Movant* | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| *No Respondents* | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on July 1, 2019, a true and correct copy of the *Amended Schedules I & J together with the §341 Meeting of Creditors Notice and the Order of Court dated June 28, 2019* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Holly King
1517 Broadway Ave.
McKees Rocks, PA 15136

Date of Service:    July 1, 2019    /s/ Abagale Steidl
    Abagale Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    asteidl@steidl-steinberg.com