# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| **Debtor:** | HOLLY KING |
| **Case Number:** | 18-24016-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JULY 25, 2019  10:00 AM  3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
7/26/19 8:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#42  Amended Plan Dated 6/23/2019 (NFC)
R / M #:  42 / 0

**Appearances:**

Debtor: K Steidl
Trustee: Winnecour / Pail / Katz / (DeSimone)

Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by  8-26-19 .
   Objections are due on or before  9-13-19 .
   A hearing on the Amended Plan is set for  10-3-19  at  10:30 .
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

need amended plan to deal with arrearages

7/16/2019  9:05:35AM