Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Holly King** | : | Case No. 18−24016−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Issued Per Oct. 3, 2019 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 3rd of October, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                              United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                              Case No. 18-24016-CMB
Holly King                                                          Chapter 13
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                  Page 1 of 2                  Date Rcvd: Oct 03, 2019
                               Form ID: 309                Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2019.
db             +Holly King,    1517 Broadway Ave.,    Mc Kees Rocks, PA 15136-1703
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14930295       +AES/Chase Bank,    PO Box 61047,    Harrisburg, PA 17106-1047
14930296       +AES/PNC National City,    PO Box 61047,    Harrisburg, PA 17106-1047
14930299       +CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14960921       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14930303       +Chase Motgage,    PO Box 24696,    Columbus, OH 43224-0696
14930306       +Comenity Bank/My Points Reward,    PO Box 182120,    Columbus, OH 43218-2120
14930308       +FNB Omaha,    PO Box 3412,    Omaha, NE 68103-0412
14968503       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
15016983        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: kburkley@bernsteinlaw.com Oct 04 2019 02:59:52     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +EDI: CHASE.COM Oct 04 2019 06:43:00      JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,
                 7255 Baymeadows Way,    Jacksonville, FL 32256-6851
14962872        E-mail/Text: Bankruptcy@absoluteresolutions.com Oct 04 2019 02:58:53
                 Absolute Resolutions Investments, LLC,    c/o Absolute Resolutions Corporation,
                 8000 Norman Center Drive, Suite 350,    Bloomington, MN 55437
14969669        EDI: GMACFS.COM Oct 04 2019 06:43:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
14930297       +EDI: GMACFS.COM Oct 04 2019 06:43:00      Ally Financial,    200 Renaissance Center,
                 Detroit, MI 48243-1300
14930298       +EDI: TSYS2.COM Oct 04 2019 06:43:00      Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE 19899-8803
14962863        EDI: BL-BECKET.COM Oct 04 2019 06:43:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
14930301       +EDI: CHASE.COM Oct 04 2019 06:43:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
14930304       +EDI: CITICORP.COM Oct 04 2019 06:43:00      Citi,    PO Box 6190,    Sioux Falls, SD 57117-6190
14968580       +EDI: CITICORP.COM Oct 04 2019 06:43:00      Citibank, N.A.,    Citibank, N.A.,
                 701 East 60th Street North,    Sioux Falls, SD 57104-0493
14930305       +EDI: WFNNB.COM Oct 04 2019 06:43:00      Comenity Bank/Coldwater,    PO Box 182789,
                 Columbus, OH 43218-2789
14930307        EDI: DISCOVER.COM Oct 04 2019 06:43:00      Discover Financial Services LLC,    P.O. Box 15316,
                 Wilmington, DE 19850-5316
14968581        EDI: Q3G.COM Oct 04 2019 06:43:00      Department Stores National Bank,    c/o Quantum3 Group LLC,
                 PO Box 657,    Kirkland, WA 98083-0657
14933230        EDI: DISCOVER.COM Oct 04 2019 06:43:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
14930309       +E-mail/Text: bncnotices@becket-lee.com Oct 04 2019 02:58:58     Kohls/Capone,
                 N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
14930310       +EDI: TSYS2.COM Oct 04 2019 06:43:00      Macys,    PO Box 8218,    Mason, OH 45040-8218
14960686        EDI: PRA.COM Oct 04 2019 06:43:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14930638       +EDI: PRA.COM Oct 04 2019 06:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14965238        EDI: Q3G.COM Oct 04 2019 06:43:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
14930311        EDI: RMSC.COM Oct 04 2019 06:43:00      SYNCB/Amazon,    PO Box 965015,    Orlando, FL 32896-5015
14930312       +EDI: RMSC.COM Oct 04 2019 06:43:00      SYNCB/JCPenney,    PO Box 965007,
                 Orlando, FL 32896-5007
14930313       +EDI: RMSC.COM Oct 04 2019 06:43:00      SYNCB/Lowes,    PO Box 965005,    Orlando, FL 32896-5005
14930314       +EDI: RMSC.COM Oct 04 2019 06:43:00      SYNCB/TJ Max,    PO Box 965015,    Orlando, FL 32896-5015
14930315       +EDI: RMSC.COM Oct 04 2019 06:43:00      SYNCB/Toys R Us,    PO Box 965005,
                 Orlando, FL 32896-5005
14967798       +E-mail/Text: bncmail@w-legal.com Oct 04 2019 02:59:33     SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14967799       +E-mail/Text: bncmail@w-legal.com Oct 04 2019 02:59:33     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14930316       +EDI: WTRRNBANK.COM Oct 04 2019 06:43:00      TD Bank USA/Target,    PO Box 673,
                 Minneapolis, MN 55440-0673
                                                                                              TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Midland Mortgage as servicer for MIDFIRST BANK
14930300        Chase
```

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: Oct 03, 2019
                              Form ID: 309            Total Noticed: 38

cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14930302*      +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
                                                                                 TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2019 at the address(es) listed below:
```
              James   Warmbrodt     on behalf of Creditor    Midland Mortgage as servicer for MIDFIRST BANK
               bkgroup@kmllawgroup.com
              Julie Frazee Steidl    on behalf of Debtor Holly   King julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Kevin Scott Frankel    on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              Office of the United States Trustee      ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7
```