**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>HOLLY KING<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-24016<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/12/2018 and confirmed on 01/31/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 14,094.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,094.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,090.60 | |
|    Trustee Fee | 579.33 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,669.93 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Secured | | | | | |
| | JPMORGAN CHASE BANK NA<br>Acct: 0567 | 0.00 | 0.00 | 0.00 | 0.00 |
| | MIDFIRST*<br>Acct: 5162 | 0.00 | 9,208.47 | 0.00 | 9,208.47 |
| | CHASE MORTGAGE<br>Acct: 6490 | 0.00 | 0.00 | 0.00 | 0.00 |
| | MIDFIRST*<br>Acct: 5162 | 8,324.69 | 0.00 | 0.00 | 0.00 |
| | CHASE MORTGAGE<br>Acct: 6490 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ALLY FINANCIAL(*)<br>Acct: 3760 | 14,415.90 | 2,506.34 | 709.26 | 3,215.60 |
| | | | | | 12,424.07 |
| Priority | | | | | |
| | JULIE FRAZEE STEIDL ESQ**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | HOLLY KING<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | STEIDL & STEINBERG | 3,200.00 | 1,090.60 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | ***NONE*** | | | |
| Unsecured | | | | | |
| | AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3362 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 3,372.13 | 0.00 | 0.00 | 0.00 |
| | Acct: 2888 | | | | |
| | CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3532 | | | | |
| | CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6690 | | | | |
| | NELNET LOAN SERVICE | 42,000.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8903 | | | | |
| | CHASE BANK USA NA(*) | 10,673.57 | 0.00 | 0.00 | 0.00 |
| | Acct: 9424 | | | | |
| | CITIBANK NA(*)++ | 6,098.07 | 0.00 | 0.00 | 0.00 |
| | Acct: 3708 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENITY | 227.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5321 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8097 | | | | |
| | DISCOVER BANK(*) | 4,504.15 | 0.00 | 0.00 | 0.00 |
| | Acct: 4204 | | | | |
| | ABSOLUTE RESOLUTIONS INVESTMENTS | 7,306.67 | 0.00 | 0.00 | 0.00 |
| | Acct: 4733 | | | | |
| | CAPITAL ONE NA** | 3,309.02 | 0.00 | 0.00 | 0.00 |
| | Acct: 9581 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 11,125.02 | 0.00 | 0.00 | 0.00 |
| | Acct: 2248 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 3,200.82 | 0.00 | 0.00 | 0.00 |
| | Acct: 9918 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 8,037.73 | 0.00 | 0.00 | 0.00 |
| | Acct: 6404 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 8,500.15 | 0.00 | 0.00 | 0.00 |
| | Acct: 5853 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 2,606.46 | 0.00 | 0.00 | 0.00 |
| | Acct: 9512 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 759.88 | 0.00 | 0.00 | 0.00 |
| | Acct: 3885 | | | | |
| | TD BANK USA NA** | 5,812.24 | 0.00 | 0.00 | 0.00 |
| | Acct: 4284 | | | | |
| | US DEPARTMENT OF EDUCATION | 292,964.20 | 0.00 | 0.00 | 0.00 |
| | Acct: 1574 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 9,071.07 | 0.00 | 0.00 | 0.00 |
| | Acct: 5667 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6404 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| 18-24016 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
| Unsecured | | | | |
|   SYNCHRONY BANK<br>    Acct: 7350 | 5,771.15 | 0.00 | 0.00 | 0.00 |
|   PORTFOLIO RECOVERY ASSOCIATES, LLC<br>    Acct: 2305 | 328.52 | 0.00 | 0.00 | 0.00 |
|   PORTFOLIO RECOVERY ASSOCIATES, LLC<br>    Acct: 7897 | 5,022.62 | 0.00 | 0.00 | 0.00 |

***N O N E***

TOTAL PAID TO CREDITORS      12,424.07

TOTAL CLAIMED
PRIORITY      0.00
SECURED      22,740.59
UNSECURED      430,690.47

Date: 11/14/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com